```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 01274
   SEAN P COONEY
   LAURA L COONEY                                   CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2419      SSN XXX-XX-7905

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/14/06 and confirmed on 05/05/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  30500.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG          .00          .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE     2289.88           .00        2289.88
GMAC RESCAP LLC            SECURED                .00          .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE     4276.58           .00        4276.58
B LINE LLC                 UNSECURED         8293.25           .00        1287.40
CACV OF COLORADO           UNSECURED        26178.82           .00        4063.86
NCO FINANCIAL              UNSECURED        NOT FILED          .00            .00
HSBC                       UNSECURED        NOT FILED          .00            .00
ASSET ACCEPTANCE CORP      UNSECURED         1309.36           .00         203.26
ROUNDUP FUNDING LLC        UNSECURED        17436.24           .00        2706.71
SILVER CROSS HOSPITAL      UNSECURED        NOT FILED          .00            .00
US DEPARTMENT OF EDUCATI   UNSECURED        29029.67           .00        4506.41
GREENBERG & ASSOC          REIMBURSEMENT       64.00           .00          64.00
ROUNDUP FUNDING LLC        UNSECURED        16277.22           .00        2526.79
B LINE LLC                 UNSECURED        16362.58           .00        2540.04
CACV OF COLORADO           UNSECURED         8304.03           .00        1289.07
         Summary of disbursements:
--------------------------------------------------------------------------------
                      SECURED       PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED    6566.46         64.00     123191.17        .00     129821.63
PRINCIPAL PAID        6566.46         64.00      19123.54        .00      25754.00
INTEREST PAID            .00            .00           .00        .00           .00
TOTAL PAID            6566.46         64.00      19123.54        .00      25754.00
The Debtor's attorney, GREENBERG & ASSOC              , was allowed $   3000.00
and was paid $    3000.00 .

The Trustee received $    1246.00 .

Refunds to the Debtor totaled $      500.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE